IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RHONDA REID, | * |
| Plaintiff, | * |
| v. | Case No.   3:19-cv-78-CAR |
| | * |
| REPUBLIC BANK & TRUST, INC., et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 25, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 25th day of September, 2019.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk